| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Weinstein, Jack B. | 2. Court or Organization<br><br>U. S. District Court, Eastern District of New York | 3. Date of Report<br><br>03/18/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza East<br>Brooklyn, New York 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State Savings Plan Schooling (2) |

Weinstein, Jack B.

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 03/18/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Teachers Ins. & Annuity Pension | $11,134.18 |
| 2. 2009 | N.Y. State Retirement System Pension | $8,599.80 |
| 3. 2009 | West Publishing Co. Royalty | $2,892.86 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 03/18/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 03/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney cash | A | Interest | J | T | | | | | |
| 2. Smith Barney ms active assets | A | Interest | J | T | | | | | |
| 3. Nassau Cnty NY Genl Obl-1/1/14 | A | Interest | J | T | | | | | |
| 4. NYS Twy Auth Local Hwy-4/1/21 | A | Interest | J | T | | | | | |
| 5. Harborfields Central School Dis NY-6/1/18 | A | Interest | J | T | | | | | |
| 6. Buffalo NY Mun Wtr Fin Auth-7/1/22 | A | Interest | J | T | | | | | |
| 7. NYS Dorm Auth lease-7/1/25 | A | Interest | J | T | | | | | |
| 8. Dutchess Cnty NY Resource-1/1/13 | A | Interest | J | T | | | | | |
| 9. Eastport South Manor Central Sch-6/15/21 | A | Interest | J | T | | | | | |
| 10. New York NYC Health & Hosp-2/15/14 | A | Interest | J | T | | | | | |
| 11. NYS Dorm Auth Revs-2/15/14 | A | Interest | J | T | | | | | |
| 12. NYS Enviro Facs Corp - 6/15/14 | A | Interest | J | T | | | | | |
| 13. Smithtown NY Central Sch Dist-8/1/15 | A | Interest | J | T | | | | | |
| 14. NYS Dorm Auth Rev - 2/1/18 | A | Interest | J | T | | | | | |
| 15. Triborough Brdg & Tunl Auth-11/15/18 | A | Interest | J | T | | | | | |
| 16. Duchess Cnty NY Indl Dev Agy-7/1/20 | A | Interest | J | T | | | | | |
| 17. New York NY Genl Obl ser-g 8/1/20 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 03/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. East Islip NY Un Free Sch Dist-6/15/21 | A | Interest | K | T | | | | | |
| 19. New York NYC Genl Obl Ser A-8/1/21 | A | Interest | K | T | | | | | |
| 20. New York NY Genl Obl Ser-1 - 3/1/22 | A | Interest | J | T | | | | | |
| 21. New York NYC Indl Dev Agy - 6/1/22 | A | Interest | J | T | | | | | |
| 22. New York NYC Mun Wtr Fin Auth -6/15/22 | A | Interest | J | T | | | | | |
| 23. Long Island Power Auth - 12/1/22 | A | Interest | K | T | | | | | |
| 24. NYS Envir Facs Corp - 6/15/23 | A | Interest | J | T | | | | | |
| 25. NY NY Genl Oblig Ser J - 8/1/23 | A | Interest | J | T | | | | | |
| 26. NYS Muni Bond Bank Agy-12/1/23 | A | Interest | J | T | | | | | |
| 27. New York NY Genl Oblig Ser-I - 3/1/24 | A | Interest | J | T | | | | | |
| 28. NYS Enviro Facs Corp-6/15/24 | A | Interest | K | T | | | | | |
| 29. Port Auth NY & NJ One Hundred-7/15/24 | A | Interest | J | T | | | | | |
| 30. New York NYC Genl Oblig Ser-B - 8/1/24 | A | Interest | J | T | | | | | |
| 31. NYS Enviro Facs Corp - 10/15/24 | A | Interest | J | T | | | | | |
| 32. Metropolitan Transn Auth NY-Ser oid - 11/15/25 | A | Interest | J | T | | | | | |
| 33. Metropolitan Transn Auth NY-Ser A - 11/15/25 | A | Interest | J | T | | | | | |
| 34. NYS Twy Auth Gen Rev Ser-G - 1/1/26 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 03/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYS Twy Auth St Pers Income - 3/15/26 | A | Interest | K | T | | | | | |
| 36. Triborough Brdg & Tunl Auth - 1/1/27 | A | Interest | J | T | | | | | |
| 37. New York NYC Tfa Rev Futu re tax - 11/1/27 | A | Interest | J | T | | | | | |
| 38. Metropolitan Transn Auth NY - 11/15/28 | A | Interest | J | T | | | | | |
| 39. NYS Twy Auth Gen Rev Ser-G - 1/1/26 | A | Interest | K | T | Buy | 08/17/09 | K | | |
| 40. NYS Twy Auth St Pers Income - 3/15/26 | A | Interest | K | T | | | | | |
| 41. Triborough Brdg & Tunl Auth - 1/1/27 | A | Interest | J | T | | | | | |
| 42. New York NYC Tfa Rev Futu re tax - 11/1/27 | A | Interest | J | T | | | | | |
| 43. Metropolitan Transn Auth NY - 11/15/28 | A | Interest | J | T | | | | | |
| 44. New York NY Genl Obl-Ser H - 3/15/29 | A | Interest | J | T | | | | | |
| 45. Brookhaven Go 11/1/21 | A | Interest | | | Sold | 01/06/09 | J | A | |
| 46. Buffalo Sales 9/1/21 | A | Interest | | | Sold | 01/06/09 | J | A | |
| 47. Freeport Go 1/15/23 | A | Interest | | | Sold | 01/06/09 | J | A | |
| 48. MTA Dedicated 11/15/27 | A | Interest | | | Sold | 01/06/09 | J | A | |
| 49. MTA Trans 11/15/27 | A | Interest | | | Sold | 01/06/09 | J | A | |
| 50. NYC Go 8/1/23 | A | Interest | | | Sold | 10/19/09 | J | A | |
| 51. NYC Go Ser G 8/1/27 | A | Interest | | | Sold | 01/16/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 03/18/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYC Go Ser N 8/1/23 | A | Interest | | | Sold | 01/06/09 | J | A | |
| 53. NYC Go - G 8/1/18 | A | Interest | | | Sold | 10/19/09 | J | A | |
| 54. NYC Go - I 4/15/20 | A | Interest | | | Sold | 11/16/09 | J | A | |
| 55. NYC Trnstl - B 11/1/23 | A | Interest | | | Sold | 01/06/09 | J | A | |
| 56. NYS Da Facs 5/15/21 | A | Interest | | | Sold | 05/15/09 | J | A | |
| 57. NYS Da-Hlth 7/1/09 | A | Interest | | | Sold | 07/01/09 | J | A | |
| 58. NYS Da-Mntl-D 2/15/11 | A | Interest | | | Sold | 08/17/09 | J | A | |
| 59. NYS Donn Au-D 8/15/16 | A | Interest | | | Sold | 08/17/09 | J | A | |
| 60. NYS Envmntl 12/15/20 | A | Interest | | | Sold | 01/06/09 | J | A | |
| 61. NYS Udc-Crrctnl 1/1/09 | A | Interest | | | Sold | 01/02/09 | J | A | |
| 62. NYS Urban Dev 4/1/09 | A | Interest | | | Sold | 04/01/09 | J | A | |
| 63. Rockland Purp 8/15/21 | A | Interest | | | Sold | 01/06/09 | J | A | |
| 64. Schnctdy 6/15/20 | A | Interest | | | Sold | 12/07/09 | J | A | |
| 65. Suffolk Inpt 5/15/22 | A | Interest | | | Sold | 01/06/09 | J | A | |
| 66. Tarrytwn ufsd 1/15/17 | A | Interest | | | Sold | 07/20/09 | K | A | |
| 67. NYS Da Cancer 7/1/24 | A | Interest | | | Sold | 01/06/09 | J | A | |
| 68. NYS Dorm Au 3/15/28 | A | Interest | | | Buy | 02/10/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 03/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NYS Dorm Au 3/15/28 | A | Interest | | | Sold | 12/07/09 | J | A | |
| 70. NYS Envrmntl - B 6/15/25 | A | Interest | | | Buy | 05/19/09 | J | | |
| 71. NYS Envrnntl - B 6/15/25 | A | Interest | | | Sold | 12/07/09 | J | A | |
| 72. Pt NY NJ -154 9/1/25 | A | Interest | | | Buy | 04/06/09 | K | | |
| 73. Pt NY NJ -154 9/1/25 | A | Interest | | | Sold | 12/07/09 | K | A | |
| 74. Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 75. Nassau Cty NY Genl Oblig 1/1/14 | A | Interest | J | T | | | | | |
| 76. NYS Twy Auth Local Hwy 4/1/21 | A | Interest | J | T | | | | | |
| 77. Harborfields Cent Sch Dist NY 6/1/18 | A | Interest | J | T | | | | | |
| 78. Bufflao NY Mun Wtr Fin Auth Wtr 7/1/22 | A | Interest | J | T | | | | | |
| 79. NYS Dorm Auth Lease Rev 7/1/25 | A | Interest | J | T | | | | | |
| 80. Duchess Cty NY Res. Rec. 1/1/13 | A | Interest | J | T | | | | | |
| 81. Eastport So. Manor Cent Sch Dist 6/15/21 | A | Interest | K | T | | | | | |
| 82. New York NYC Hlth & Hosp Corp 2/15/14 | A | Interest | J | T | | | | | |
| 83. NYS Dorm Auth Revs 2/15/14 | A | Interest | J | T | | | | | |
| 84. Smithtown NY Cent Sch Dist 8/1/15 | A | Interest | J | T | | | | | |
| 85. NYS Dorm Auth Rev Aid Long 11/1/15 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 03/18/2010 |

1/15/22

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 03/18/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Long Island Power Auth NY 12/1/22 | A | Interest | K | T | | | | | |
| 104. Freeport NY Genl Oblig Ser A 1/15/23 | A | Interest | J | T | | | | | |
| 105. NYS Envir Facs Corp St Clean 6/15/23 | A | Interest | J | T | | | | | |
| 106. NYS Dorm Auth Rochester Ser A 7/1/23 | · A | Interest | J | T | | | | | |
| 107. New York NYC Genl Oblig Ser N 8/1/23 | A | Interest | J | T | | | | | |
| 108. New York NY Genl Oblig Ser J 8/1/23 | A | Interest | J | T | | | | | |
| 109. New York NYC Transitional 11/1/23 | A | Interest | J | T | | | | | |
| 110. NYS Muni Bond Bank Agy 12/1/23 | A | Interest | J | T | | | | | |
| 111. Metropolitan Trans Auth NY Svc 1/1/24 | A | Interest | J | T | | | | | |
| 112. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

See attached Certificate of Accountant who prepared listing for Item VII, dated February 23, 2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544